U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:
Wesley Kresen v. County of Cook, et. al
                                                    FILED
                                                    March 12, 2008    TG
                                                    08cv1467
                                                    JUDGE    HOLDERMAN
                                                    MAGISTRATE   JUDGE  SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Plaintiff

| NAME (Type or print) |
| --- |
| Brian Barrido |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brian Barrido |
| FIRM |
| Dvorak, Toppel & Barrido |
| STREET ADDRESS |
| 3859 W. 26th Street |
| CITY/STATE/ZIP |
| Chicago, IL 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| IL 6274524 | (773) 521-1300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |