U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Wesley Kresen v. County of Cook, et. al

Case Number: FILED
March 12, 2008   TG
08cv1467
JUDGE   HOLDERMAN
MAGISTRATE   JUDGE   SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
The Plaintiff

| | |
|---|---|
| NAME (Type or print) Neil Toppel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Neil Toppel | |
| FIRM Dvorak, Toppel & Barrido | |
| STREET ADDRESS 3859 W. 26th Street | |
| CITY/STATE/ZIP Chicago, IL 60623 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL 6270744 | TELEPHONE NUMBER (773) 521-1300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |