## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1467                    Assigned/Issued By: J. N.

Judge Name: HOLDERMAN          Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

Amount Due:   ☑ $350.00     ☐ $39.00     ☐ $5.00
              ☐ IFP         ☐ No Fee     ☐ Other _____
              ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                          Receipt #: 2606888
Date Payment Rec'd: 3-12-08               Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____                    _____
       *(Type of Writ)*                *(Type of issuance)*

2 Original and 0 copies on 3-12-08 as to COOK COUNTY;
                         *(Date)*
COOK COUNTY SHERIFF THOMAS DART