AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Wesley Kresen

V.

County of Cook, et. al.

CASE NUMBER: **08 C 1467**

ASSIGNED JUDGE: **JUDGE HOLDERMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Cook County, via its registered agent,
Cook County Clerk David Orr
69 W. Washington, 5th Floor
Chicago, IL, 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Dvorak
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL, 60623

an answer to the complaint which is herewith served upon you, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

**March 12, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/13/08 |
| NAME OF SERVER (PRINT) BRIAN BARRIDO | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Cecilia Harris, Administrative Assistant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/13/08
Date

Signature of Server

3859 W. 26th St. Chicago, IL 60623
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.