UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY KRESEN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1467 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Holderman |
| COOK COUNTY, COOK COUNTY SHERIFF | ) | |
| THOMAS DART, in his official capacity, | ) | Magistrate Judge Schenkier |
| JOHN DOE SHERIFF DEPUTY, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD
IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendants' COOK COUNTY SHERIFF THOMAS DART and COUNTY OF COOK, through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his assistant, Jack G. Verges, Assistant State's Attorney, pursuant to Federal Rule of Civil Procedure 6(b)(1), move this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including May 2, 2008. In support, defendant states:

1. Plaintiff filed a complaint on March 12, 2008.

2. Defendants Dart and County of Cook were served on March 13, 2008.

3. Defendants requested representation from the Cook County State's Attorney's Office and the undersigned was assigned to represent them on April 3, 2008.

4. The undersigned has ordered Cook County Sheriff department as well as medical records that may be germane to plaintiff's claims.

5. These records were requested on April 3, 2008, and they must be reviewed in order for the defendants' to answer or otherwise plead.

1

6.        The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant an enlargement of time up to and including May 2, 2008 to move, answer or otherwise plead in this matter.

> Respectfully submitted,
> RICHARD A. DEVINE
> State's Attorney of Cook County
>
> By:    s/ Jack G. Verges #6186215
> Jack G. Verges, Assistant State's Attorney
> 500 Richard J. Daley Center
> Chicago, Illinois 60602