## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY KRESEN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1467 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Holderman |
| COOK COUNTY, COOK COUNTY SHERIFF | ) | |
| THOMAS DART, in his official capacity, | ) | Magistrate Judge Schenkier |
| JOHN DOE SHERIFF DEPUTY, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEFENDANT'S MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD

**TO:**   Service List

**YOU ARE HEREBY NOTIFIED** that on April 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James Holderman in the courtroom usually occupied by him, Room 2541, Federal Building 219 S. Dearborn, Chicago, Illinois, and move to present the attached motion entitled: **DEFENDANT'S MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER, OR OTHERWISE PLEAD.**

    Respectfully submitted,
    RICHARD A. DEVINE
    State's Attorney of Cook County

By:    s/ Jack G. Verges #6186215
    Jack G. Verges, Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

     I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on April 3, 2008.

                                                                   s/ Jack G. Verges #6186215
                                                                   Jack G. Verges

## **SERVICE LIST**

Richard Dvorak
Dvorak, Topple & Barrido
3859 W. 26th Street
Chicago, IL 60623