# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Wesley Kresen

                              Plaintiff,

v.                                          Case No.: 1:08−cv−01467
                                            Honorable James F. Holderman

Cook County, et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

        MINUTE entry before Judge Honorable James F. Holderman: Defendants Cook County, Thomas Dart's motion for extension of time in which to move, answer or otherwise plead [11] is granted; defendants are given until 5/2/2008 to plead to the complaint. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.