UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY KRESEN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1467 |
| | ) | |
| vs. | ) | |
| | ) | |
| COOK COUNTY, COOK COUNTY SHERIFF | ) | |
| THOMAS DART, in his official capacity, | ) | Magistrate Judge Schenkier |
| JOHN DOE SHERIFF DEPUTY, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**TO:**   Service List

**YOU ARE HEREBY NOTIFIED** that on May 8, 2008 at 8:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sidney S. Schenkier in the courtroom usually occupied by him, Room 1700, Federal Building 219 S. Dearborn, Chicago, Illinois, and move to present the attached motion entitled: **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

> Respectfully submitted,
> RICHARD A. DEVINE
> State's Attorney of Cook County

By:   s/ Jack G. Verges #6186215
Jack G. Verges, Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

      I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on April 30, 2008.

                                          s/ Jack G. Verges #6186215
                                          Jack G. Verges

## **SERVICE LIST**

Richard Dvorak
DVORAK, TOPPEL & BARR1DO
3859 W. 26th Street
Chicago, 1L 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)