## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY KRESEN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1467 |
| | ) | |
| vs. | ) | |
| | ) | |
| COOK COUNTY, COOK COUNTY SHERIFF | ) | |
| THOMAS DART, in his official capacity, | ) | Magistrate Judge Schenkier |
| JOHN DOE SHERIFF DEPUTY, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:** Service List

    PLEASE TAKE NOTICE that on the May 22, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendant's Answer to Plaintiff's Amended Complaint.

                              Respectfully submitted,
                              RICHARD A. DEVINE
                              State's Attorney of Cook County

By:    s/ Jack G. Verges #6186215
         Jack G. Verges, Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, Illinois 60602

### CERTIFICATE OF SERVICE

    I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on May 22, 2008.

                              s/ Jack G. Verges #6186215
                              Jack G. Verges

## SERVICE LIST

Richard Dvorak
DVORAK, TOPPEL & BARR1DO
3859 W. 26th Street
Chicago, 1L 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)