## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Wesley Kresen

                    Plaintiff,

v.                                  Case No.: 1:08–cv–01467

                                    Honorable Sidney I. Schenkier

Cook County, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 6/25/2008 at 09:00 AM. The parties are directed to conduct a Rule 26(f) planning conference by 6/16/08. The parties are to file a joint report of planning conference (and deliver a courtesy copy to chambers) by 06/23/08, using the format specified by the Court in its standing order available on the Court's website. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.