UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESLEY KRESEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.  08 C 1467 |
| | ) |
| COOK COUNTY, | )   Hon. Judge Schenkier |
| COOK COUNTY SHERIFF | ) |
| THOMAS DART, | ) |
| JOHN DOE SHERIFF DEPUTY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF AGREED MOTION

To: All Counsel of Record (via electronic filing)

**PLEASE TAKE NOTICE** that I, the undersigned, on June 20, 2008, filed electronically with the Clerk of the above-captioned Court, the Plaintiff's Agreed Motion to File a Second Amended Complaint, a copy of which is attached hereto and served upon you.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be had on this Agreed Motion before the Hon. Judge Schenkier in Room 1700 of the Dirksen Federal Building on June 25, 2008, at 9:00 a.m.

/s/Richard Dvorak
_____

Richard Dvorak


## CERTIFICATE OF SERVICE

      The Plaintiff, by and through one of his attorneys, Richard Dvorak, hereby certifies that he served the Plaintiff's Motion on all parties via the electronic filing system on June 20, 2008.

s/ Richard Dvorak
_____

Richard Dvorak