UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY KRESEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 C 1467 |
| | ) | |
| COOK COUNTY, | ) | Hon. Judge Schenkier |
| COOK COUNTY SHERIFF | ) | |
| THOMAS DART, | ) | |
| JOHN DOE SHERIFF DEPUTY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: All Counsel of Record (via electronic filing)

**PLEASE TAKE NOTICE** that I, the undersigned, on July 5, 2008, filed electronically with the Clerk of the above-captioned Court, the Plaintiff's Second Amended Complaint, a copy of which is attached hereto and served upon you.

/s/Richard Dvorak
_____
Richard Dvorak

## CERTIFICATE OF SERVICE

The Plaintiff, by and through one of his attorneys, Richard Dvorak, hereby certifies that he served the Plaintiff's aforementioned motion on all parties via the electronic filing system on July 5, 2008.

s/ Richard Dvorak
_____
Richard Dvorak

Richard Dvorak
DVORAK, TOPPEL & BARRIDO, LLC
3859 W. 26th Street
Chicago, IL 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)