UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY KRESEN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1467 |
| | ) | |
| vs. | ) | |
| | ) | |
| COOK COUNTY, COOK COUNTY SHERIFF THOMAS DART, JOSEPH EVANS, | ) ) ) | Hon. Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   Service List

    PLEASE TAKE NOTICE that on the July 23, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Answer to Plaintiff's Second Amended Complaint.

                        Respectfully submitted,
                        RICHARD A. DEVINE
                        State's Attorney of Cook County

By:    s/ Jack G. Verges #6186215
         Jack G. Verges, Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

    I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on July 23, 2008.

                        s/ Jack G. Verges #6186215
                        Jack G. Verges

**SERVICE LIST**

Richard Dvorak
DVORAK, TOPPEL & BARR1DO
3859 W. 26th Street
Chicago, 1L 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)